```
            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                      EASTERN DIVISION
```

LINDA SINGLETON

VS                              NO. 2:05CV00145 GH

RICKY J. REED and
SCHNEIDER NATIONAL CARRIERS, INC.

**ORDER**

The file in this case reflects that a complaint was filed JUNE 28, 2005 but does not show that the plaintiff has served defendant RICKY J. REED with process, therefore failing to meet the requirements under the Federal Rules of Civil Procedure, with respect to Rule 4(c) requiring proof of service upon the defendants and (m) requiring a 120 day time limit for service of the summons and complaint.

IT IS ORDERED that the plaintiff through its counsel serve the complaint on the defendant and file an affidavit of service on or before NOVEMBER 14, 2005.  If no affidavit is filed on or before NOVEMBER 14, 2005, an order of dismissal without prejudice will be entered by the Court for defendant RICKY J. REED for failure to prosecute.

Dated: November 1, 2005

                        AT THE DIRECTION OF THE COURT

                        JAMES W. MCCORMACK, CLERK


                        BY: /s/  Patricia L. Murray
                            COURTROOM DEPUTY CLERK