IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION - HELENA

LINDA SINGLETON, individually and parent of
AARON BROWN, a minor                                PLAINTIFFS

VS.                          NO. 2:05CV0000145GH

RICKY J. REED AND SCHNEIDER NATIONAL
CARRIERS, INC.                                      DEFENDANTS

## WARNING ORDER

TO: DEFENDANT RICKY J. REED

You are hereby notified that Linda Singleton, individually and parent of Aaron Brown, a

minor, Plaintiffs, whose attorney is Brent Baber, 210 S. State St., Little Rock, Arkansas, 72201, has

filed a complaint herein against you, a copy of which complaint and summons shall be delivered to

you or to your attorney upon request. You are also notified that you must appear and defend by filing

your answer or other responsive pleading within thirty (30) days of the date of the first publication

of this warning order; and in the event of your failure to do so, judgment by default will be entered

against you for the relief demanded in the complaint as circumscribed by the laws of this State and

the United States.

In Witness Whereof, I have hereunto set my hand and seal as Clerk of the Court on this

_2 nd_ day of November, 2005.

JAMES W. McCORMACK

Deputy District Court Clerk