IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LINDA SINGLETON                                                                                           PLAINTIFF

vs.                                           CASE NO. **2:05CV00145GH**

RICKY J. REED, ET AL.                                                                              DEFENDANTS

## **ORDER**

On October 4, 2006, the Court entered an Order dismissing the case with prejudice after having been advised that the case was settled. The October 4th Order provided that any party desiring the terms of the settlement to be made part of the record had thirty days to do so by filing it with the Court. The parties did not file anything and the settlement is therefore not part of the record.

On January 31, 2007, plaintiff filed a "Motion for Ruling Regarding Subrogation Claim and Made Whole Doctrine." Plaintiff filed this action pursuant to Rule 57 of the Arkansas Rules of Civil Procedure which governs declaratory judgment actions and Ark. Code Ann. § 23-89-207 governing an insurer's right to subrogation.

Basically, plaintiff seeks to bring a new action against State Farm Insurance seeking a declaration that its lien is invalid because plaintiff has not been made whole. There is no basis for the Court to assume jurisdiction of this matter. State Farm was not a party to the original action and is not properly before this Court. The case has been dismissed and no provision was made for enforcing the settlement.

Plaintiff cannot bring what is essentially a new action , i.e., a declaratory action, in this closed case.

-1-

Thus, the motion for ruling regarding subrogation claim and made whole doctrine is denied.

IT IS SO ORDERED this 13th day of February, 2007.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE